[No. 62674-4-I.   Division One.   November 16, 2009.]

STEPHEN E. WESCOTT ET AL., *Respondents*, v. CURTIS JOHNSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-03069-5, Ronald L. Castleberry, J., entered October 29, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Leach, JJ.

[No. 62717-1-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER D. BARNHILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09673-2, Deborah D. Fleck, J., entered December 5, 2008. *Reversed* and *remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 62726-1-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. CASTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03673-8, Larry E. McKeeman, J., entered December 3, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 62902-6-I.   Division One.   November 16, 2009.]

JOSEPH GRACE, *Appellant*, v. SUSAN ELIZABETH HAGY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-04085-2, Monica J. Benton, J., entered January 7, 2009. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Leach, JJ.